UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Cody et al.., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:15-CV-13295-GAO |
| | * | |
| ConforMIS, Inc. et al, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

August 3, 2016

O'Toole, D.J.

Pursuant to the Court's Order and Opinion [41] filed on 08/03/2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge